UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TREASURIES SECURITIES AUCTION ANTITRUST LITIGATION | MDL No. 2673<br>Master Docket<br>No. 1:15-MD-02673-PGG |
| This Document Pertains To:<br><br>*ALL CASES* | **ECF Case**<br><br>**Oral Argument Requested** |

### NOTICE OF BOYCOTT DEFENDANTS' JOINT MOTION TO DISMISS THE BOYCOTT CLAIMS

PLEASE TAKE NOTICE that, upon the accompanying Boycott Defendants' Memorandum in Support of Their Joint Motion to Dismiss the Boycott Claims, dated February 23, 2018, the undersigned Defendants will move this Court, before the Honorable Judge Paul G. Gardephe, at the United States Courthouse, 40 Foley Square, New York, New York, on a date and time to be determined by the Court, for an Order dismissing with prejudice the boycott claims asserted against the Defendants in the above-captioned action for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6), and granting such other and further relief as the Court may deem just and proper. The bases for the motion are set forth in the accompanying Memorandum of Law.

Dated: February 23, 2018

/s/ Robert D. Wick

Robert D. Wick
Henry B. Liu
Claire Catalano Dean
Carol A. Szurkowski
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
rwick@cov.com
hliu@cov.com
ccdean@cov.com
cszurkowski@cov.com

***Attorneys for Defendants J.P. Morgan Securities LLC, JPMorgan Chase Bank, N.A., and J.P. Morgan Clearing Corp.***

Respectfully submitted,

David G. Januszewski
Elai Katz
Thorn Rosenthal
Herbert S. Washer
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
ekatz@cahill.com
trosenthal@cahill.com
hwasher@cahill.com

***Attorneys for Defendants Credit Suisse International and Credit Suisse Securities (USA) LLC***

John E. Schmidtlein (admitted *pro hac vice*)
Nicholas J. Boyle (NY Bar #2846491)
Lauren K. Collogan (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
nboyle@wc.com
lcollogan@wc.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

Yvonne S. Quinn
David H. Braff
Matthew A. Schwartz
Kathleen S. McArthur
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
quinny@sullcrom.com
braffd@sullcrom.com
schwartzmatthew@sullcrom.com
mcarthurk@sullcrom.com

*Attorneys for Defendants Barclays Bank PLC and Barclays Capital Inc.*

Jay B. Kasner
Paul M. Eckles
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
paul.eckles@skadden.com

***Attorneys for Defendant***
 ***Citigroup Global Markets Inc.***

Robert Y. Sperling (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-7941
Fax: (312) 558-5700
rsperling@winston.com

Elizabeth P. Papez (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5678
epapez@winston.com

Penny Shane
Stephen Ehrenberg
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
shanep@sullcrom.com
ehrenbergs@sullcrom.com

***Attorneys for Defendants Goldman Sachs &***
***Co. LLC and Goldman Sachs Execution &***
***Clearing L.P.***

Brad S. Karp
Richard A. Rosen
Kenneth A. Gallo
Susanna M. Buergel
Adam B. Schwartz
Marques S. Tracy
PAUL WEISS RIFKIND WHARTON &
    GARRISON LLP
1285 Avenue for the Americas
New York, NY 10019
Telephone: (212) 373-3305
Fax: (212) 492-0305
bkarp@paulweiss.com
rrosen@paulweiss.com
kgallo@paulweiss.com
sbuergel@paulweiss.com
aschwartz@paulweiss.com
mtracy@paulweiss.com

*Attorneys for Defendant
Morgan Stanley & Co. LLC*